IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                             Case No. 4:12-cr-40020
                                    4:14-cv-04106

LEMUEL ROBERT HALL                                                                    DEFENDANT

## ORDER

Before the Court is Defendant's Motion for Certificate of Appealability. (ECF No. 34). For the reasons stated herein, Defendant's Motion should be denied.

To obtain a certificate of appelability, a habeas petitioner must show more than just good faith or an absence of frivolity. *Barefoot v. Estelle*, 463 U.S. 880, 894 (1983). Instead, the petitioner must make a substantial showing that a federal right has been denied, which requires a showing that the issues are debatable among reasonable jurists, a court could resolve the issues differently, or the issues deserve further proceedings. *Lozada v. Deeds*, 498 U.S. 430, 432 (1991) (per curiam).

After carefully considering the Defendant's arguments, this court concludes that no reasonable jurist would find the Court's assessment of Defendant's 28 U.S.C. § 2255 motion debatable or wrong or that the issues otherwise require further proceedings. *See Slack v. McDaniel*, 529 U.S. 473 (2000). Because Defendant has not met his burden to obtain a certificate of appealability, his request is DENIED.

**IT IS SO ORDERED** this 19th day of November, 2014.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge